UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOE MARTINEZ,                           1:05-cv-00994-AWI-LJO-P

        Plaintiff,              **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 8)

vs.

                                        **ORDER DISMISSING ACTION**

BILL WHITMAN, Sheriff, et al.,

        Defendants.
_____/

    Plaintiff Joe Martinez ("plaintiff") is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 20, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings and Recommendations, if any, must be filed within twenty (20) days. To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 20, 2005, is ADOPTED IN FULL; and,

2. This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's orders of August 5, 2005 and November 9, 2005.

IT IS SO ORDERED.

**Dated:   February 14, 2006**              /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE